1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Telephone: (559) 497-4000
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  1:12-CR-00148-LJO-SKO
                                )
12              Plaintiff,      )  PRELIMINARY ORDER OF FORFEITURE
                                )
13 v.                           )
                                )
14 ARMANDO MURILLO-ROMERO,      )
                                )
15              Defendant.      )

16      Based upon the plea agreement entered into between plaintiff
17 United States of America and defendant Armando Murillo-Romero, it is
18 hereby ORDERED, ADJUDGED, AND DECREED as follows:
19      1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),
20 defendant Armando Murillo-Romero's interest in the following property
21 shall be condemned and forfeited to the United States of America, to
22 be disposed of according to law:
23           a.   Winchester Model 94 30-30 rifle
24           b.   all ammunition seized in this case.
25      2.   The above-listed property constitutes firearms and
26 ammunition involved in or used in a knowing violation of 18 U.S.C. §
27 922(g)(5).
28      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

1  designee) shall be authorized to seize the above-listed property.
2  The aforementioned property shall be seized and held by the
3  Department of Homeland Security, Customs and Border Protection in
4  their secure custody and control.
5      4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
6  § 853(n), and Local Rule 171, the United States shall publish notice
7  of the order of forfeiture.  Notice of this Order and notice of the
8  Attorney General's (or a designee's) intent to dispose of the
9  property in such manner as the Attorney General may direct shall be
10 posted for at least 30 consecutive days on the official internet
11 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may
12 also, to the extent practicable, provide direct written notice to any
13 person known to have alleged an interest in the property that is the
14 subject of the order of forfeiture as a substitute for published
15 notice as to those persons so notified.
16      b.  This notice shall state that any person, other than
17 the defendant, asserting a legal interest in the above-listed
18 property, must file a petition with the Court within sixty (60) days
19 from the first day of publication of the Notice of Forfeiture posted
20 on the official government forfeiture site, or within thirty (30)
21 days from receipt of direct written notice, whichever is earlier.
22      5.  If a petition is timely filed, upon adjudication of all
23 third-party interests, if any, this Court will enter a Final Order of
24 Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),
25 in which all interests will be addressed.
26 IT IS SO ORDERED.
27 **Dated:   September 25, 2012**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE
28